1
2
3
4
5
6
7

# United States District Court
# Central District of California

| | |
|---|---|
| DWAIN LAMMEY, | Case № 2:18-cv-10017-ODW (GJSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10, | |
| Defendants, | |

**JUDGMENT**

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment, (ECF No. 55), it is hereby **ORDERED, ADJUDGED, and DECREED** that Judgment is entered in favor of Defendant Starbucks Corporation on all of Plaintiff Dwain Lammey's claims in this action.

All dates and deadlines in this action are **VACATED**, and the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

April 27, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**